#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CROWN CASTLE INTERNATIONAL CORP. DERIVATIVE LITIGATION | C.A. No. 20-00606-MN<br><br>CONSOLIDATED |

### STIPULATION AND [PROPOSED] ORDER

WHEREAS, on April 30, 2020, plaintiff Melvyn Klein ("Plaintiff Klein"), derivatively on behalf of Crown Castle International Corp. ("Crown Castle" or the "Company"), filed a Verified Shareholder Derivative Complaint against Defendants P. Robert Bartolo, Jay A. Brown, Cindy Christy, Ari Q. Fitzgerald, Robert E. Garrison II, Andrea J. Goldsmith, Lee W. Hogan, Edward C. Hutcheson, Jr., J. Landis Martin, Robert F. McKenzie, Anthony J. Melone, and W. Benjamin Moreland (collectively, the "Klein Individual Defendants") captioned *Klein v. Bartolo, et al.*, C.A. No. 20-cv-00606-MN (the "*Klein* Action");

WHEREAS, on May 26, 2020, Plaintiff Joseph Bruno filed a similar shareholder derivative action on behalf of Crown Castle in this Court against the Klein Individual Defendants, as well as against individual defendant Daniel K. Schlanger (collectively, the "Individual Defendants") and, together with Nominal Defendant Crown Castle, (the "Defendants"), asserting similar factual allegations and making similar claims as the *Klein* Action. The matter is captioned *Bruno v. Brown, et al.*, C.A. No. 20-cv-00703-MN (the "*Bruno* Action");

WHEREAS, on May 29, 2020, Plaintiff Sean Devers filed a similar shareholder derivative action on behalf of Crown Castle in this Court against the Individual Defendants, asserting similar factual allegations and making similar claims as the *Klein* and *Bruno* Actions. The matter is captioned *Devers v. Brown, et al.*, C.A. No. 20-cv-00722 (the "*Devers* Action");

WHEREAS, on June 23, 2020, this Court entered an Order consolidating the *Klein*, *Bruno*, and *Devers* Actions (the "Derivative Action");

WHEREAS, there is currently pending in the United States District Court for the District of New Jersey a securities class action filed on February 27, 2020, captioned *La v. Crown Castle International Corp., et al.*, No. 2:20-cv-02156-CCC (D. N.J.) (the "*La* Securities Action");

WHEREAS, there is currently pending in the United States District Court for the District of New Jersey a securities class action filed on March 17, 2020, captioned *Goering v. Crown Castle International Corp., et al.*, No. 2:20-cv-02943-CCC (D. N.J.) (the "*Goering* Securities Action", and, together with the *La* Securities Action, "the Securities Litigation");

WHEREAS, members of the putative class in the Securities Litigation have filed motions seeking consolidation of the *La* and *Goering* Securities Actions, and appointment as lead plaintiff and approval of class counsel in the Securities Litigation;

WHEREAS, upon the selection of a lead plaintiff in the Securities Litigation, it is anticipated that the lead plaintiff will file a consolidated class action complaint alleging, *inter alia*, that the defendants in the Securities Litigation violated the Securities Exchange Act of 1934;

WHEREAS, upon the filing of the consolidated class action complaint in the Securities Litigation, the defendants in the Securities Litigation anticipate filing a motion to dismiss;

WHEREAS, in order to promote judicial economy, the parties to this Derivative Action have agreed that, in light of the overlap between the Derivative Action and the Securities Litigation, all proceedings in this Derivative Action should be voluntarily stayed on the terms set forth below;

WHEREAS, the parties agree that this Stipulation is made in full reservation of and without waiver of or prejudice to any rights, claims, objections, defenses, arguments, and motions in this

2

Derivative Action, whether procedural, substantive, or otherwise, that any party may have.

IT IS HEREBY STIPULATED AND AGREED by the parties and their undersigned counsel, as follows:

1. All proceedings and deadlines in this Derivative Action shall be stayed until the court in the Securities Litigation either (i) enters an order granting the forthcoming motion to dismiss in the Securities Litigation in full, with prejudice, and such dismissal has been affirmed on appeal or the deadline to appeal such dismissal has passed; or (ii) enters an order denying any portion of such motion to dismiss (either (i) or (ii) being a "Resolution of the Motion to Dismiss");

2. Counsel for Defendants shall promptly notify counsel for Plaintiffs if any other derivative action is served on the Defendants asserting the same or substantially similar factual allegations as those asserted in this Derivative Action (a "Substantially Similar Derivative Action");

3. Counsel for Defendants shall seek to stay any Substantially Similar Derivative Action and shall promptly notify counsel for Plaintiffs if the plaintiff in any Substantially Similar Derivative Action declines to agree to a stay of proceedings of at least the same duration as the stay established through this Stipulation and Order;

4. Counsel for Defendants shall not oppose including Plaintiffs in any mediation of the Securities Litigation or any Substantially Similar Derivative Action. If any other party objects to including Plaintiffs in any such mediation, then counsel for Defendants shall separately mediate with counsel for Plaintiffs at or about the same time;

5. Counsel for Defendants shall, during the pendency of the stay, promptly provide Plaintiffs with the same discovery, if any, provided to plaintiffs in the Securities Litigation, as well as the same documents, if any, produced in a Substantially Similar Derivative Action or to a

shareholder who makes a books and records demand based on the same or substantially similar factual allegations as those asserted in this Derivative Action, subject to the execution by counsel for Plaintiffs of a confidentiality agreement governing the use and disclosure of these materials;

6. During the pendency of the stay, Plaintiffs may file a consolidated complaint, though Defendants are not required to move against, answer or otherwise respond to such a consolidated complaint during the pendency of the stay;

7. Upon the occurrence of a Resolution of the Motion to Dismiss, the parties will confer to determine whether to seek an extension of the stay or proceed with the Derivative Action, and will notify the Court of their decision within fifteen (15) days of such occurrence; and

8. Subject to applicable federal or local rules, any party to this Derivative Action may cause the stay to be lifted upon thirty (30) days' written notice via email to the undersigned counsel.

Dated: August 10, 2020

                                                           FARNAN LLP

By:   */s/ Brian E. Farnan*
       Brian E. Farnan (Bar No. 4089)
       Michael J. Farnan (Bar No.5165)
       919 N. Market St., 12th Floor
       Wilmington, DE 19801
       Telephone: (302) 777-0300
       Facsimile: (302) 777-0301
       bfarnan@farnanlaw.com
       mfarnan@farnanlaw.com

O'KELLY ERNST & JOYCE, LLC

By:   */s/ Ryan M. Ernst*_____
       Ryan M. Ernst (#4788)
       901 N. Market Street, Suite 1000
       Wilmington, DE 19801
       Phone (302) 778-4000

Email: rernst@oelegal.com

*[Proposed] Co-Liaison Counsel for Plaintiffs*

GAINEY McKENNA & EGLESTON
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: egleston@gme-law.com


THE BROWN LAW FIRM, P.C.
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net


*[Proposed] Co-Lead Counsel for Plaintiffs*

THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for Plaintiff Bruno*

RICHARDS, LAYTON & FINGER, P.A.


*/s/ Blake Rohrbacher*
Blake Rohrbacher (#4750)
Nicole K. Pedi (#6236)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

5

rohrbacher@rlf.com
pedi@rlf.com

CRAVATH, SWAINE & MOORE LLP
Rachel G. Skaistis
825 8th Avenue
New York, New York 10019
(212) 474-1000
rskaistis@cravath.com

*Counsel for Defendants*

**IT IS SO ORDERED** this _____ day of _____, 2020

_____
United States District Court Judge