### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CROWN CASTLE INTERNATIONAL CORP. DERIVATIVE LITIGATION | C.A. No. 20-606-MN <br><br> CONSOLIDATED |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiffs, by and through Plaintiffs' undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants and Nominal Defendant.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants and Nominal Defendant have not answered the Complaint nor filed a motion for summary judgment.

Additional notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiff nor Plaintiffs' counsel has received or will receive any compensation for this dismissal whatsoever except that counsel for the parties have conferred and agreed that all parties shall bear their own costs of this litigation.

Dated: July 27, 2021

Respectfully submitted,

FARNAN LLP

By: */s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No.5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

**BIELLI & KLAUDER, LLC**

By: */s/ Ryan M. Ernst*
Ryan M. Ernst (Bar No. 4788)
1204 N. Market Street
Wilmington, DE 19801

        Tel.: 302-321-5411
        Fax: 302-397-2557
        Email: rernst@bk-legal.com

*Co-Liaison Counsel for Plaintiffs*

GAINEY McKENNA & EGLESTON
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: egleston@gme-law.com

THE BROWN LAW FIRM, P.C.
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for Plaintiff Bruno*

**IT IS SO ORDERED** this 27th day of July 2021

        */s/ Maryellen Noreika*
        The Honorable Maryellen Noreika
        United States District Judge